UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>        Plaintiff,<br><br>vs.<br><br>DR. KIM NGUYEN, *et. al.,*<br><br>        Defendants. | Case No. 1:14-cv-01154-RRB<br><br>**ORDER RE: MOTION AT DOCKET 33** |

At **Docket 33** Plaintiff Gregory Ell Shehee has requested the Court order the Fresno County Sheriff to allow him access to the copier in the law library in order that Shehee may make copies of the documents to serve on the Defendants. It appears from the record that Shehee has submitted the documents for service[1] and that the Court has entered its Service Order.[2]

Accordingly, the Request for Court Order to Sheriff at **Docket 33** is **DENIED** as moot.

**IT IS SO ORDERED** this 11th day of October, 2016.

                                                          S/ RALPH R. BEISTLINE
                                                          UNITED STATES DISTRICT JUDGE

---

[1] Docket 36.

[2] Docket 37.