UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NGUYEN, et al.,<br><br>　　　　Defendants. | Case No.: 1:14-cv-01154-LJO-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTIONS FOR COPY SERVICE**<br><br>**(ECF No. 53)** |

　　　Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. The case proceeds on Plaintiff's third amended complaint against Defendants Audrey Long, April Leavens, Long Moua, and Kim Nguyen for denying Plaintiff a cane and access to educational services in violation of the Americans with Disabilities Act ("ADA") and the Eighth Amendment of the United States Constitution. (ECF No. 34.)

　　　On December 27, 2016, the Magistrate Judge issued findings and recommendations (ECF No. 53) to deny Plaintiff's motions for an order directing access to copy-making facilities. (ECF Nos. 44 & 45), construed as motions for injunctive relief. The Magistrate Judge granted Plaintiff fourteen days to file his objections. To date, no objections have been filed, and the time in which to do so has passed.

1

Therefore, in accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the findings and recommendations filed on December 27, 2016 (ECF No. 53) in full;
2. Plaintiff's motions for an order directing access to the law library (ECF Nos. 44 & 45) are DENIED.

IT IS SO ORDERED.

Dated:   **February 2, 2017**             **/s/ Lawrence J. O'Neill**
                                          UNITED STATES CHIEF DISTRICT JUDGE