| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE, | Case No.: 1:14-cv-01154-LJO-MJS (PC) |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION FOR MISCELLANEOUS RELIEF** |
| v. | |
| NGUYEN, et al., | |
| Defendants. | **(ECF No. 64)** |

Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. The case proceeds on Plaintiff's third amended complaint against Defendants Audrey Long, April Leavens, Long Moua, and Kim Nguyen for denying Plaintiff a cane and access to educational services in violation of the Americans with Disabilities Act ("ADA") and the Eighth Amendment of the United States Constitution. (ECF No. 34.)

On May 5, 2017, the Magistrate Judge issued findings and recommendations (ECF No. 64) to deny Plaintiff's motion for miscellaneous relief (ECF No. 62), wherein Plaintiff complained that he was recently deprived of his legal property. The Magistrate Judge granted Plaintiff fourteen days to file his objections.

1

On May 15, 2017, Plaintiff filed his objections. (ECF No. 65.) They have been considered and found to lack merit. As Plaintiff has previously been informed, he may not use the pendency of the instant lawsuit to raise new, unrelated claims against new parties.

Therefore, in accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the findings and recommendations filed on May 5, 2017 (ECF No. 64) in full;
2. Plaintiff's motion for miscellaneous relief (ECF No. 62) is DENIED.

IT IS SO ORDERED.

Dated: **July 5, 2017**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE