UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>  Plaintiff,<br><br>  v.<br><br>NGUYEN, et al.,<br><br>  Defendants. | Case No.: 1:14-cv-01154-LJO-MJS (PC)<br><br>**ORDER STRIKING PLAINTIFF'S MOTION TO COMPEL (ECF NO. 54)**<br><br>**CLERK TO STRIKE ECF NO. 54** |

Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. The case proceeds on Plaintiff's third amended complaint against Defendants Audrey Long, April Leavens, Long Moua, and Kim Nguyen for denying Plaintiff a cane and access to educational services in violation of the Americans with Disabilities Act ("ADA") and the Eighth Amendment of the United States Constitution. (ECF No. 34.)

On January 26, 2017, Plaintiff filed a motion to compel. (ECF No. 54.) On March 14, 2017, Plaintiff filed a notice of withdrawal of the same. (ECF No. 61.) Accordingly, Plaintiff's Motion to compel (ECF No. 54) is HEREBY STRICKEN. The Clerk of Court is directed to STRIKE ECF No. 54 from the docket.

IT IS SO ORDERED.

Dated:   July 5, 2017          /s/ *Michael J. Seng*
                                                   UNITED STATES MAGISTRATE JUDGE

1