UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE, | Case No. 1:14-cv-01154-LJO-JDP |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION AS MOOT |
| v. | ECF No. 98 |
| NGUYEN, *et al.*, | |
| Defendants. | |

On April 4, 2019, plaintiff filed a "demand for trial by jury and a scheduling order." ECF No. 98. However, the court already granted defendants' motion for summary judgment and closed this case. ECF No. 94. Accordingly, plaintiff's motion, ECF No. 98, is denied as moot.

IT IS SO ORDERED.

Dated: April 11, 2019

UNITED STATES MAGISTRATE JUDGE

No. 203.